# Exhibit 1

Int. Cl.: 21

Prior U.S. Cls.: 2, 29, 33 and 40

## United States Patent and Trademark Office

Reg. No. 1,286,055
Registered Jul. 17, 1984

## TRADEMARK
### Principal Register

## SNOOPY

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: DRINKING GLASSES, JUICE PITCH-ERS, GLASS MUGS, CERAMIC MUGS, GLASS STORAGE JARS, DECORATIVE CERAMIC STORAGE CONTAINERS FOR MISCELLA-NEOUS ITEMS, COMBS AND HAIRBRUSHES, AND TOOTHBRUSHES, in CLASS 21 (U.S. Cls. 2, 29, 33 and 40).

First use Oct. 1, 1975; in commerce Oct. 1, 1975.

Ser. No. 388,092, filed Sep. 23, 1982.

JAMES F. BROWNE, Examining Attorney

Int. Cl.: 20

Prior U.S. Cls.: 32 and 50

## United States Patent and Trademark Office

Reg. No. 1,267,166

Registered Feb. 14, 1984

## TRADEMARK
### Principal Register

## SNOOPY

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: CHILDREN'S FURNITURE, MIRRORS, AND PICTURE FRAMES, in CLASS 20 (U.S. Cls. 32 and 50).

First use Aug. 2, 1978; in commerce Aug. 2, 1982.

Ser. No. 388,106, filed Sep. 23, 1982.

JAMES GROSSMAN, Examining Attorney

Int. Cl.: 16

Prior U.S. Cls.: 22, 29, 37 and 38

## United States Patent and Trademark Office

Reg. No. 1,255,304
Registered Oct. 25, 1983

## TRADEMARK
### Principal Register

## PEANUTS

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: ADDRESS BOOKS; BOOKS (INCLUD-ING COLORING BOOKS); CONSTRUCTION PAPER; DATEBOOKS; GREETING CARDS; GROWTH CHARTS MADE OF PAPER; INVI-TATIONS; MEMO PADS; NAMETAGS MADE OF PAPER; PAINTBRUSHES; PAPER NAP-KINS; PENCILS; PENCIL BOXES AND CASES; PLACE CARDS MADE OF PAPER; PLAYING CARDS; TELEPHONE LIST BOOKS; WRAP-PING PAPER FOR GIFTS; WRITING PAPER AND ENVELOPES; WRITING TABLETS, in CLASS 16 (U.S. Cls. 22, 29, 37 and 38).

First use Sep. 1, 1968; in commerce Sep. 1, 1968.
Owner of U.S. Reg. Nos. 550,036 and 732,166.

Ser. No. 388,238, filed Sep. 23, 1982.

AMOS T. MATTHEWS, JR., Examining Attorney

Int. Cl.: 5

Prior U.S. Cl.: 44

**United States Patent and Trademark Office**

Reg. No. 1,268,857
Registered Mar. 6, 1984

## TRADEMARK
### Principal Register

# SNOOPY

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: ADHESIVE BANDAGES, in CLASS 5 (U.S. Cl. 44).
First use Feb. 3, 1981; in commerce Feb. 3, 1981.
Owner of U.S. Reg. Nos. 653,359 and 732,167.

Ser. No. 388,768, filed Sep. 24, 1982.

FREDERICK W. MEYERS, Examining Attorney

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,256,900
Registered Nov. 8, 1983

## TRADEMARK
### Principal Register

# SNOOPY

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: LUGGAGE AND TOTEBAGS, in CLASS 18 (U.S. Cl. 3).

First use Oct. 10, 1978; in commerce Oct. 10, 1978.

Ser. No. 388,796, filed Sep. 24, 1982.

TERESA M. RUPP, Examining Attorney

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

## United States Patent and Trademark Office

**Reg. No. 1,256,819**

Registered Nov. 8, 1983

### TRADEMARK
### Principal Register

## SNOOPY

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: JEWELRY, WATCHES, AND CLOCKS, in CLASS 14 (U.S. Cls. 27 and 28).
First use Jan. 1, 1976; in commerce Jan. 1, 1976.

Ser. No. 388,797, filed Sep. 24, 1982.

TERESA M. RUPP, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,256,970
Registered Nov. 8, 1983

## TRADEMARK
### Principal Register

## SNOOPY

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: ATHLETIC JERSEYS, APRONS, BELTS, BIBS, COATS, FOOTWEAR, GLOVES, HATS, JACKETS, JOGGING SUITS, MITTENS, NIGHT-GOWNS, NIGHTSHIRTS, PAINT SMOCKS, PAJAMAS, T-SHIRTS, TANK TOPS, SHORTS, SOCKS, SWEATSHIRTS, AND UNDERWEAR, in CLASS 25 (U.S. Cl. 39).

First use Jun. 1976; in commerce Jun. 1976.

Ser. No. 389,581, filed Sep. 27, 1982.

TERESA M. RUPP, Examining Attorney

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,254,632
Registered Oct. 18, 1983

## TRADEMARK
Principal Register

## SNOOPY

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: GAMES AND TOYS; FISHING RODS, REELS. AND TACKLEBOXES; ICE SKATES; ROLLER SKATES; SPORTS BALLS; SWIM-MING FINS. MASKS. AND SNORKELS; AND ORNAMENTS AND DECORATIONS FOR CHRISTMAS TREES. in CLASS 28 (U.S. Cl. 22).

First use Oct. 10, 1978: in commerce Oct. 10, 1978.
Owner of U.S. Reg. No. 653,359.

Ser. No. 390,381, filed Sep. 27. 1982.

TERESA M. RUPP, Examining Attorney

Int. Cl.: 28

Prior U.S. Cls.: 22 and 50

## United States Patent and Trademark Office

Reg. No. 1,265,839
Registered Jan. 31, 1984

## TRADEMARK
### Principal Register

## PEANUTS

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: BABY MOBILES; CHRISTMAS DECO-RATIONS AND ORNAMENTS; DOLLS; FRIC-TION-OPERATED MOTORIZED TOYS; PLAYSETS; PUZZLES AND YO-YOS, in CLASS 28 (U.S. Cls. 22 and 50).

First use Mar. 1, 1973; in commerce Mar. 1, 1973.

Owner of U.S. Reg. Nos. 550,036, 732,166 and 732,167.

Ser. No. 397,103, filed Sep. 30, 1982.

ALBIN DROST, Examining Attorney

Int. Cl.: 16

Prior U.S. Cls.: 2, 22, 29, 37 and 38

## United States Patent and Trademark Office

Reg. No. 1,300,520
Registered Oct. 16, 1984

## TRADEMARK
### Principal Register

## SNOOPY

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: BOOKS, WRITING PAPER AND ENVE-LOPES, PAINT BRUSHES, PLAYING CARDS, PRINTED INSTRUCTIONAL AND TEACHING MATERIALS, CRAYONS, FELT-TIP MARKERS, PENCILS, ERASERS, PAPER LUNCHBAGS, CALENDARS, DRAWING PAPER AND TAB-LETS, AND MEMO PADS, in CLASS 16 (U.S. Cls. 2, 22, 29, 37 and 38).

First use May 1975; in commerce May 1975.

Ser. No. 446,014, filed Sep. 30, 1983.

SUE CARRUTHERS, Examining Attorney

Int. Cl.: 15

Prior U.S. Cl.: 36

Reg. No. 1,301,542

## United States Patent and Trademark Office

Registered Oct. 23, 1984

## TRADEMARK
### Principal Register

## PEANUTS

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: MUSIC BOXES, in CLASS 15 (U.S. Cl. 36).
First use 1968; in commerce 1968.

Ser. No. 451,132, filed Nov. 3, 1983.

MARILYN MCMAHON, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,729,501
Registered Nov. 3, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## PEANUTS

UNITED FEATURE SYNDICATE, INC. (NEW YORK CORPORATION)
200 PARK AVENUE
NEW YORK, NY 10166

FOR: CLOTHING; NAMELY, INFANT BOYS' AND GIRLS' CREEPERS, LEGGINGS, SHORTS, SHORTALLS, SUNSUITS, PANTS, CARDIGANS, SKIRTS, JACKETS, SKIRT AND LEGGINGS COMBINATIONS, COVERALLS, OVERALLS, TOPS, DRESSES AND SKORTS; BOYS' TOPS, SHORTS, TANK TOPS, FLEECE TOPS, PANTS, PAJAMAS, OVER-ALLS, COVERALLS, JACKETS, SHORTS, SUSPENDERS AND SOCKS; GIRLS' SHORTS, TOPS, SKORTS, PANTS, SKIRTS, SKEGGINGS, LEGGINGS, JUMPSUITS, OVER-ALLS, SHORT-ALLS, CREEPERS, JUMPERS, DRESSES, STIRRUP PANTS, CARDIGANS, SOCKS AND HOSIERY, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-0-1990; IN COMMERCE 2-0-1990.

SER. NO. 74-234,556, FILED 1-2-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

Reg. No. 1,970,335

## United States Patent and Trademark Office

Registered Apr. 23, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## PEANUTS

UNITED FEATURE SYNDICATE, INC. (NEW YORK CORPORATION)
200 PARK AVENUE
NEW YORK, NY 10166

FOR: BED LINEN, NAMELY BED RUFFLES, BEDSPREADS, BLANKETS, COMFORTERS, PILLOWCASES, PILLOW SHAMS, AND SHEETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9–0–1994; IN COMMERCE 9–0–1994.
OWNER OF U.S. REG. NOS. 550,036, 1,729,501, AND OTHERS.

SN 74–439,056, FILED 9–23–1993.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,492,720
Registered Sep. 25, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## SNOOPY

UNITED FEATURE SYNDICATE, INC. (NEW YORK CORPORATION)
200 MADISON AVENUE
NEW YORK, NY 10016

FOR: CORN CHIPS, FLOUR BASED CHIPS, GUMMY CANDIES, READY TO EAT CEREAL, INSTANT CHOCOLATE DRINK POWDER, MIX WATER BISCUITS, BREAD, BREAKFAST CEREAL, CHEWING GUM, CHOCOLATE SYRUP, COFFEE, CEREAL BARS, ICE CREAM, MACARONI AND CHEESE, CANDY MINTS, PRETZELS, OATMEAL, TEA, PANCAKES AND WAFFLES, COOKIES, COOKIE

DOUGH, CANDIED FRUIT SNACKS AND CHOCOLATE CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 6-0-2000; IN COMMERCE 6-0-2000.

OWNER OF U.S. REG. NOS. 653,359, 2,207,188 AND OTHERS.

SER. NO. 76-204,843, FILED 2-6-2001.

WENDY GOODMAN, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# PEANUTS

**Reg. No. 4,429,043**

**Registered Nov. 5, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

PEANUTS WORLDWIDE, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3RD FLOOR
1450 BROADWAY
NEW YORK, NY 10018

FOR: MOTION PICTURE FILMS FEATURING ANIMATED CARTOONS; DOWNLOADABLE MOTION PICTURES FEATURING ANIMATED CARTOONS; DOWNLOADABLE MUSIC , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-3-2008; IN COMMERCE 11-3-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-936,920, FILED 2-16-2010.

HOWARD SMIGA, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# PEANUTS

**Reg. No. 4,017,645**

**Registered Aug. 30, 2011**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PEANUTS WORLDWIDE, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1450 BROADWAY
3RD FLOOR
NEW YORK, NY 10018

FOR: PRE-RECORDED DVDS FEATURING ANIMATED CHARACTERS; PRE-RECORDED CDS FEATURED ANIMATED CHARACTER VOICES; FILMS FEATURING ANIMATED CHARACTERS; COMPUTER GAME PROGRAMS, COMPUTER GAME SOFTWARE, VIDEO GAMES, NAMELY, VIDEO GAME SOFTWARE, VIDEO GAME CARTRIDGES AND VIDEO GAME DISCS; DOWNLOADABLE TELEVISION SHOWS FEATURING ANIMATED CHARACTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-12-2000; IN COMMERCE 9-12-2000.

FOR: CONTINUING ANIMATED PROGRAMS DISTRIBUTED OVER TELEVISION, SATELLITE, AUDIO, VIDEO MEDIA, THE INTERNET AND WORLDWIDE WEB, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-4-2008; IN COMMERCE 9-4-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-937,534, FILED 2-17-2010.

HOWARD SMIGA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



# United States of America

### United States Patent and Trademark Office

# SNOOPY

**Reg. No. 4,145,986**

**Registered May 22, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

PEANUTS WORLDWIDE LLC (DELAWARE LIMITED LIABILITY COMPANY)
3RD FLOOR
1450 BROADWAY
NEW YORK, NY 10018

FOR: PRE-RECORDED DVDS, PRE-RECORDED CDS, MOTION PICTURE FILMS FOR TELEVISION FEATURING ANIMATED CHARACTERS; COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE; VIDEO GAME PROGRAMS; VIDEO GAME DISCS; AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1984; IN COMMERCE 12-31-1984.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,254,632, 2,970,744 AND OTHERS.

SER. NO. 85-423,853, FILED 9-15-2011.

TRACY CROSS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SNOOPY

**Reg. No. 5,218,767**

**Registered Jun. 06, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

PEANUTS WORLDWIDE, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3rd Floor
1450 Broadway
New York, NY 10018

CLASS 9: Motion picture films featuring children's entertainment; downloadable motion pictures featuring children's entertainment

FIRST USE 10-1-2013; IN COMMERCE 10-1-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2970744, 4145986

SER. NO. 86-059,561, FILED 09-09-2013
KIM TSUKIYO SAITO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# CHARLIE BROWN

**Reg. No. 5,214,344**

**Registered May 30, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

PEANUTS WORLDWIDE, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3rd Floor
1450 Broadway
New York, NY 10018

CLASS 9: Motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music, ringtones and electronic games via the Internet and wireless devices

FIRST USE 6-00-2013; IN COMMERCE 6-00-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2329351

The name "CHARLIE BROWN" does not identify a living individual.

SER. NO. 86-059,604, FILED 09-09-2013
KIM TSUKIYO SAITO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# PEANUTS

**Reg. No. 5,023,666**

**Registered Aug. 16, 2016**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Peanuts Worldwide LLC (DELAWARE LIMITED LIABILITY COMPANY)
3rd Floor
1450 Broadway
New York, NY 10018

CLASS 21: Porcelain Commemorative Plates

FIRST USE 1-31-2015; IN COMMERCE 1-31-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1729501, 1255304, 1265839

SER. NO. 86-637,624, FILED 05-21-2015

WILLIAM H DAWE III, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# PEANUTS

**Reg. No. 5,392,411**

**Registered Jan. 30, 2018**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Peanuts Worldwide LLC (DELAWARE LIMITED LIABILITY COMPANY)
3rd Floor
1450 Broadway
New York, NEW YORK 10018

CLASS 18: bags, namely, purses, tote bags, backpacks, book bags, school bags, diaper bags, duffel bags, messenger bags, overnight bags, sling bags, luggage, luggage tags, travels bags and garment bags for travel, cosmetic bags sold empty, toiletry bags sold empty, cinch sacks in the nature of drawstring bags used as backpacks, wristlet bags, wallets, change purses, leather and imitation leather key chains, umbrellas; pet clothing; pet accessories, namely, leashes, collars

FIRST USE 1-00-1973; IN COMMERCE 1-00-1973

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4429043, 1729501, 1265839

SER. NO. 86-983,440, FILED 09-03-2015



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.