# Exhibit 2



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000738848
Search Results: Displaying 1 of 1 entries



*Colorful world of Snoopy, Linus, Schroeder, Lucy and Charlie Brown.*

**Type of Work:** Text
**Registration Number / Date:** RE0000738848 / 1996-11-21
  Renewal registration for: A00000095985 / 1968-10-01
**Title:** Colorful world of Snoopy, Linus, Schroeder, Lucy and Charlie Brown.
**Copyright Claimant:** Charles M. Schulz (A)
**Basis of Claim:** New Matter: drawing.
**Names:** Schulz, Charles M.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = B00000197759
Search Results: Displaying 2 of 2 entries



*United Feature comics. Vol. 38, no. 7.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | RE0000921618 / 2005-09-20 |
| | Renewal registration for: B00000197759 / 1977-02-18 |
| **Title:** | United Feature comics. Vol. 38, no. 7. |
| **Copyright Claimant:** | United Feature Syndicate, Inc. (PCW) |
| **Names:** | United Feature Syndicate, Inc. |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record] [Format for Print/Save] |
| Enter your email address: [    ] [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = GP0000059162
Search Results: Displaying 1 of 1 entries



*Peanuts; sculpture. By Determined Productions, Inc.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | RE0000753956 / 1997-04-08 |
| | Renewal registration for: GP0000059162 / 1968-01-12 |
| **Title:** | Peanuts; sculpture. By Determined Productions, Inc. |
| **Notes:** | Stuffed dog resembling the Peanuts cartoon character Snoopy. |
| **Copyright Claimant:** | United Feature Syndicate, Inc. (PWH) |
| **Copyright Note:** | C.O. correspondence. |
| **Variant title:** | Peanuts |
| **Names:** | Determined Productions, Inc. |
| | United Feature Syndicate, Inc. |





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page