# Exhibit 3

Case: 1:20-cv-07286 Document #: 1-3 Filed: 12/09/20 Page 2 of 6 PageID #:



# Intellectual Property Rights

## Fiscal Year 2018 Seizure Statistics

*Prepared by*
U.S. Customs and Border Protection
Office of Trade



# Table of Contents

Executive Summary..............................................................6

Year in Review....................................................................7

IPR & E-Commerce ...........................................................15

Fiscal Year 2018 IPR Seizure Statistics ........................................16

Number of Seizures by Product ....................................................20

Products Seized by MSRP .............................................................22

Total MSRP for Products Seized by Economy ..............................24

Seizures by Economy...................................................................26

Seizures by Shipping Environment...............................................28

Health, Safety, and Security .........................................................30

Exclusion Orders ..........................................................................32

Centers of Excellence and Expertise............................................33

IPR Points of Contact ..................................................................34

Disclaimer: The information contained in this report does not constitute the official trade statistics of the United States. The statistics, and the projections based upon those statistics, are not intended to be used for economic analysis, and are provided for the purpose of establishing U.S. Department of Homeland Security workload.

# EXECUTIVE SUMMARY

Products that infringe U.S. trademarks and copyrights are subject to exclusion orders issued by the United States International Trade Commission threaten the health and safety of American consumers and pose risks to our national interests. U.S. Customs and Border Protection (CBP) and U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations' (HSI) enforcement of intellectual property rights (IPR) mitigates the financial and welfare risks posed by imports of illicit products.

Each year, more than 11 million maritime containers arrive at our seaports. At our land borders, another 10 million arrive by truck and 3 million arrive by rail. An additional quarter billion more cargo, postal, and express consignment packages arrive through air travel. The Department of Homeland Security (DHS) remains vigilant in targeting shipments containing IPR-infringing goods, levying civil fines and criminally investigating those who seek to violate our trade laws, harm consumers, and damage our economy.

In fiscal year (FY) 2018, the number of IPR seizures decreased by 333 seizures to 33,810 from 34,143 in FY 2017. The total estimated manufacturer's suggested retail price (MSRP) of the seized goods, had they been genuine, increased to nearly $1.4 billion from over $1.2 billion in FY 2017.

In FY 2018, ICE-HSI arrested 381 individuals, obtained 296 indictments, and received 260 convictions related to intellectual property crimes.

# IPR & E-Commerce

E-commerce sales, including those through third-party platforms, have resulted in a sharp increase in the shipment of small packages into the United States. In FY 2018, there were 161 million express shipments, and 475 million packages shipped through the international mail environment.

Over 90% of all intellectual property seizures occur in the international mail and express environments. A majority of those fall under the de minimis threshold of $800.

In March 2018, CBP released its CBP E-Commerce Strategy. The strategy strengthens CBP's ability to protect the public and U.S. economy from noncompliant goods. The strategy drives compliance and enforcement, and promotes coordination. CBP is working toward implementation.

More e-commerce related information can be found at
https://www.cbp.gov/trade/basic-import-export/e-commerce



**Growth of Small Shipment (in millions)**

| Year | Mail Shipment | Express Bills |
|---|---|---|
| 2013 | 150 | 76 |
| 2014 | 170 | 82 |
| 2015 | 222 | 91 |
| 2016 | 275 | 96 |
| 2017 | 502 | 110 |
| 2018 | 475 | 161 |

## FISCAL YEAR 2018 IPR SEIZURE STATISTICS
## BY NUMBER OF SEIZURES



- China (Mainland): 46%
- Hong Kong: 41%
- Turkey: 2%
- India: 1%
- Taiwan: 1%
- All Other Countries: 9%

**FY 2018 TOTALS:**
33,810 - NUMBER OF SEIZURES
$1,399,873,842 - MSRP