IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JKGWX, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07286<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeffrey Cummings** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 18, 2021 [50], in favor of Plaintiff Peanuts Worldwide LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of hundred and fifty thousand dollars ($150,000) per Defaulting Defendant for willful use of counterfeit PEANUTS Trademarks and fifty thousand dollars ($50,000) for willful copyright infringement of the Peanuts Copyrighted Designs, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| xianyuguandashumadianqiyouxiangongsi, | 50 |
| yumuxinxikeji | 186 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 16th day of April 2021.   Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Isaku M. Begert
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
ibegert@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*